UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. C-11-318 |
| | § | |
| RONALD S HERNDON, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

Before the Court is the "Amended Motion to Withdraw as Counsel Representing Defendants Ronald S. Herndon, Herndon Marine Products, Inc., Gulf King Services, Inc. and Sea Services, Inc." (D.E. 34). The Defendant clients were provided notice and an opportunity to object on or before June 15, 2012. While Plaintiff has responded to the motion (D.E. 35), Defendants have not filed an objection. The Court GRANTS the Motion (D.E. 34). The Court terminates as moot D.E. 31. Counsel, Daniel D. Pipitone and Kenneth W. Bullock, II are hereby withdrawn as counsel of record for Defendants Ronald S. Herndon, Herndon Marine Products, Inc., Gulf King Services, Inc. and Sea Services, Inc. Said Counsel are ORDERED to serve a copy of this Order on Defendants.

ORDERED this 18th day of June, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE